IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Case No. 1:25-mj-430 |
| SOPHIA RENE COLEMAN, ) | |
| ) | |
| Defendant. ) | |

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**

I, Officer Emma Stubblebine, being duly sworn, state the following:

1. I entered on duty with the Central Intelligence Agency ("CIA" or "Agency") Police in July 2024. Prior to joining CIA Police, I completed the Uniformed Police Training Program at the Federal Law Enforcement Training Center. I am a federal law enforcement officer as provided in 50 U.S.C. § 3515(a)(1).

2. This affidavit is submitted in support of a criminal complaint charging SOPHIA RENE COLEMAN with 1) trespass at the George Bush Center for Intelligence ("CIA Headquarters") in Fairfax County, Virginia, in violation of 32 C.F.R. § 1903.7(a), which prohibits entering or remaining on an Agency installation without proper authorization; 2) knowingly possessing or causing to be present a weapon on an Agency installation, in violation of 32 C.F.R. § 1903.10(a); and 3) driving a motor vehicle on a highway without a driver's license, in violation of 32 C.F.R. § 1903.3, adopting Virginia Code § 46.2-300.

3. The facts and information contained in this affidavit are based upon my personal knowledge and observations during the course of this investigation; information conveyed to me by other individuals, including law enforcement officers; and my review of records, documents,

and other physical evidence obtained during the investigation. This affidavit contains information necessary to support probable cause, and it is not intended to include each and every fact and matter observed by me or known to the government.

4. On Friday, July 18, 2025, at approximately 7:05 p.m., I was working as a uniformed police officer at the CIA Headquarters. I witnessed a white Chrysler 300 enter the CIA Headquarters installation and drive down the inbound lanes. The inbound lanes are located within the CIA Headquarters installation property line in Fairfax County, Virginia, within the Eastern District of Virginia. The vehicle did not follow signs marked for authorized visitors towards the Visitor Control Center and instead continued further down the inbound lanes towards the main gate, which is the direction driven by badged employees seeking further entrance. The vehicle passed multiple U-turn cutouts in the median that are marked with signs which read:

RESTRICTED

AREA

TURN AROUND

YIELD TO

ONCOMING TRAFFIC

Prior to approaching the traffic-calming chicanes[1] immediately in front of the main gate, the vehicle came to a stop and did not proceed further. The location where the vehicle was stopped is also past two warning signs that read, in relevant part:

---

[1] A chicane is a series of movable, alternating metal lane gates that narrow the roadway and require vehicles to follow a curving, S-shaped path, discouraging speeding.

WARNING

RESTRICTED

U.S. GOVERNMENT

INSTALLATION

EMPLOYEES AND OFFICIAL

VISITORS ONLY

IT IS UNLAWFUL TO ENTER

OR ATTEMPT TO ENTER

THIS INSTALLATION WITHOUT

PROPER AUTHORIZATION

32 C.F.R. 1903

The location where the vehicle was stopped was also past a warning sign that reads, in relevant part:

PROHBITED

WEAPONS OF ANY KIND

. . .

PROHIBITED ITEMS ARE SUBJECT TO SEIZURE

32 C.F.R. 1903

    5.     I responded on foot to the stopped vehicle and observed that the vehicle contained a driver and three juvenile passengers. The driver identified herself as SOPHIA RENE COLEMAN, which I also confirmed by her Michigan identification card (not a driver's license). COLEMAN stated that she was being hunted by some unnamed individuals, and that they were

associated with human trafficking. COLEMAN stated that she had attempted to seek help through local law enforcement in Michigan, Indiana, Maryland, and Virginia, but that they were unable to help her. COLEMAN stated that she also attempted to seek help through the Federal Bureau of Investigation (FBI), but that they were unable to help her as well, so her final attempt was to make a claim through the CIA. COLEMAN stated that she was fleeing from the individuals who were hunting her and that she had no place to stay and ensure the safety of her children, who were the three passengers in the vehicle. COLEMAN stated that she had been attempting to stay at a homeless shelter for the night, but that they did not have any availability for the night. COLEMAN also claimed that she had previously escaped from prison, but she did not elaborate further.

6. I informed COLEMAN that she could not make a claim through the CIA. I asked COLEMAN if there were any drugs or weapons in the vehicle, and she stated there were not. I was informed by dispatch that COLEMAN was not licensed to drive in any state. I asked COLEMAN and the minors to step out of the vehicle and wait in the Visitor Control Center while we continued to investigate. As she was exiting the vehicle, COLEMAN stated unprovoked that there was marijuana in the vehicle, located in the center console. Once COLEMAN and the minors were inside the Visitor Control Center, Officer Victoria-Anne Wilson and I located the marijuana in the center console inside of a bag with a dispensary label. Also in the center console, adjacent to the marijuana, we found a white powdery substance inside an unmarked, clear plastic baggie that I believe to be cocaine based on my prior law enforcement training. I have not yet tested this white powdery substance. I am aware from another officer that when COLEMAN learned that we had found the white powdery substance, she stated that the white powdery substance did not belong to her.

7. Other officers and I began an inventory search of the vehicle prior to the vehicle being impounded. During the inventory, officers located in the trunk of the vehicle a bag that contained a Smith & Wesson, M&P Shield Plus 9mm handgun, serial number JPH3740, with 12 rounds of ammunition in the magazine. In the same bag the gun was found in, officers also found four 9mm rounds of ammunition in a clear plastic bag. During the inventory, I also found a stun gun in the trunk of the vehicle. I observed from the exterior of the vehicle that the vehicle had a temporary Maryland tag.

8. Officer Wilson and I placed COLEMAN under arrest, read her *Miranda* rights to her, and then transported her to the Alexandria Detention Center.

9. During the course of my investigation, I reviewed COLEMAN's criminal history as obtained through the Virginia Criminal Information Network. At this time, I require further investigation to reliably determine COLEMAN's criminal history due to many prior convictions in Indiana being marked as expunged or sealed, including a prior 20-year prison sentence (18 years suspended) for distribution of cocaine, as well as a prior conviction for misdemeanor domestic battery. I am actively investigating whether COLEMAN is a prohibited possessor of firearms under 18 U.S.C. § 922(g), among other potential offenses.

10. During the course of my investigation, I also reviewed a record from the Maryland Motor Vehicle Administration showing the registration of the vehicle that COLEMAN had driven to the CIA Headquarters. This record shows that the vehicle was registered solely to COLEMAN earlier on the same day, July 18, 2025, with a temporary registration expiring on August 1, 2025.

11. Based on the foregoing, I submit that there is probable cause to believe that, on or about July 18, 2025, within the Eastern District of Virginia, SOPHIA RENE COLEMAN entered

5

or remained on an Agency installation without proper authorization, in violation of 32 C.F.R. § 1903.7(a); knowingly possessed or caused to be present a weapon on an Agency installation, in violation of 32 C.F.R. § 1903.10(a); and drove a motor vehicle on a highway without a driver's license, in violation of 32 C.F.R. § 1903.3, adopting Virginia Code § 46.2-300.

*[signature]*
Officer Emma Stubblebine
Central Intelligence Agency Police

Subscribed and sworn to before me
via telephone this 19th day of July 2025.

_____
The Honorable Ivan D. Davis
United States Magistrate Judge
Alexandria, Virginia